UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
*Plaintiff*

v.

**[2] MIGUEL SANTANA-AVILÉS**
*Defendant*

CRIMINAL NO. 21-030 (ADC)

# MOTION TO VACATE SENTENCING HEARING

**TO THE HONORABLE COURT:**

    **COMES NOW** defendant **MIGUEL SANTANA-AVILÉS [2]**, through the undersigned attorney and very respectfully STATES, ALLEGES, and PRAYS:

1. This Honorable Court set Mr. Santana-Avilés' Sentencing Hearing for August 4, 2022.[1]

2. Mr. Santana-Avilés is also indicted in criminal cases 18-808(DRD), 20-400(DRD), and 22-082(RAM).

3. He is awaiting to be sentenced in this case, in case 18-808, and in case 20-400; whereas plea negotiations are ongoing in case 22-082.

4. It should be noted that the Court in case 18-808 and in case 20-400 ordered that the sentencing hearings for both cases would be held jointly; the hearing was vacated *sine die* on March 23, 2022[2].

5. In all four cases, Santana-Avilés is being represented by the undersigned counsel.

6. Because it is in Santana-Avilés' best interests and in the best interests of justice, we requested that this case be consolidated so that it is merged into case 22-082[3], given that said case is the only case in the pre-trial stage. We must note that motions to consolidate

---

[1] *See* Docket Entry No. 177.
[2] *See* Docket Entry No. 117 in case 18-808, and Docket Entry No. 17 in case 20-400.
[3] *See* Docket Entry No. 178.

were also filed in all three cases, to wit, in case 18-808, 20-400, and 22-082 so that all cases would be merged into case 22-082.

7. Accordingly, we respectfully request that this Honorable Court vacates Santana-Avilés' Sentencing Hearing set for August 4, 2022.

**WHEREFORE**, it is respectfully requested that this Honorable Court takes notice of the above, GRANTS this motion, and VACATES the Sentencing Hearing, with any other order that this Court deems necessary.

**I HEREBY CERTIFY** that on this day, this motion was electronically filed using the CM/ECF filing system, which will send notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on July 27, 2022.

S/ *Jason González Delgado*
**JASON GONZÁLEZ-DELGADO**
USDC-PR NO. 217814
PO BOX 191365
San Juan, PR 00919-1365
787-536-5306
jasonfed@gmail.com